ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:26-po-00074-CDB |
| Plaintiff, | [Citations #09885509/CA 24] |
| v. | |
| ARMANDO G. ARREDONDO, | AMENDED MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case 5:26-po-00074-CDB [Citation # 09885509/CA 24] against ARMANDO G. ARREDONDO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 28, 2026                    Respectfully submitted,

                                       ERIC GRANT
                                       United States Attorney

                                By:    /s/ *Luke Baty*
                                       LUKE BATY
                                       Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00074-CDB [Citation # 09885509/CA 24] against ARMANDO G. ARREDONDO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **May 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. ARREDONDO
Case No. 5:26-po-00074-CDB